UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UTICA MUTUAL INSURANCE CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 13-11471-DJC |
| HERBERT H. LANDY INSURANCE AGENCY INC., CRES INSURANCE SERVICES LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ON DEFENDANT'S MOTIONS TO COMPEL FURTHER
RESPONSES TO INTERROGATORIES AND DOCUMENT REQUESTS

February 3, 2014

SOROKIN, C.M.J.

This is an insurance coverage matter in which the parties, at least, dispute the proper characterization or understanding of the underlying complaint filed against the Defendant which, in turn, gives rise to the parties' dispute over the Plaintiff insurance company's duty to defend. The Court has reviewed the papers and heard the argument of counsel on January 31, 2014.

Defendant has filed a Motion to Compel Further Answers to Interrogatories. Doc No. 24. This Motion is DENIED. The Plaintiff has explained sufficiently its positions in its responses and fairly answered the interrogatories. While Defendant may not agree with Plaintiff's positions, that is not a ground for a compulsion order.

Defendant has also filed a Motion to Compel Further Responses to Document Requests.

Doc. No. 26.  This Motion is DENIED.[1]  Defendant seeks copies of prior and subsequent versions of the form policy at issue in this litigation; copyright applications related to the form; copies of all judgments, orders, or decisions addressing the meaning of the terms at issue here; and copies of interrogatory answers in other cases involving terms at issue here as well as the complaints in those cases.  This discovery is not relevant to a claim or defense in this litigation.  See Fed. R. Civ. P. 26(b)(1).  Moreover, whatever tangential relevance such discovery might have to the construction of the policy and its application to the claims made against the Defendant in the underlying case, such limited relevance is outweighed by the burden and expense which would plainly be entailed.  See Fed. R. Civ. P. 26(b)(2)(C)(iii).

       Accordingly, both Motions are DENIED.

                                                      SO ORDERED.

                                                      /s/ Leo T. Sorokin
                                                      Leo T. Sorokin
                                                      Chief United States Magistrate Judge

---

[1] As to Request No. 7, the Motion is DENIED AS MOOT as Plaintiff represents that it has produced the requested documents.  See Doc. No. 29 at 9.