UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY, | \* \* \* |
| Plaintiff, | \* \* |
| v. | \* Civil Action No. 1:13-cv-11471-IT \* |
| HERBERT H. LANDY INSURANCE AGENCY INC, | \* \* \* |
| Defendant. | \* |

JUDGMENT

January 20, 2015

TALWANI, D.J.

Pursuant to the court's Memorandum and Order issued on October 28, 2014, DENYING Plaintiff UTICA Mutual Insurance Company's ("UTICA") Motion for Summary Judgment [#47] and ALLOWING Defendant Herbert H. Landy Insurance Agency Inc.'s ("Landy") Motion for Partial Summary Judgment [#46], and the parties' Stipulation Regarding Attorneys' Fees and Costs [#81-1], the court hereby enters judgment, dismissing in its entirety UTICA's complaint for a declaratory judgment [#1] and declaring that:

1. UTICA owes Landy a duty to defend it against all claims asserted by CRES Insurance Services, LLC ("CRES") in CRES Insurance Services LLC v. Sun Coast General Insurance Agency, Inc. et al., Superior Court for the State of California, Orange County, No. 30-2009-00332596-CU-ST-CJC ("the underlying action"), through final judgment in that action in the trial court where it is pending;

2. Any decision with respect to UTICA's duty to indemnify Landy against any

judgment in the underlying action is premature at this time; and

      3.      UTICA is liable for the reasonable attorneys' fees and legal expenses that Landy has incurred in connection with this action in an amount of eighty-two thousand dollars ($82,000).

      IT IS SO ORDERED.

Date:   January 20, 2015                                            /s/ Indira Talwani
                                                                            United States District Judge